UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-23890-UU

JORGE L. LOPEZ and
ESTEBAN MACHADO,

    Plaintiffs,

v.

FRONTON HOLDINGS, LLC

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice in the above-styled case. The Court, having considered the Joint Motion, and being duly advised in the premises, it is therefore,

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED.** The Court finds that the terms of settlement on Plaintiffs' FLSA claims are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of settlement and dismisses the above-captioned action in its entirety, with prejudice. The parties must bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement.

**DONE AND ORDERED** this _19_ day of _Dec._, 2016, in Chambers in Miami-Dade County, Florida.

_____
JUDGE URSULA UNGARO

Copies furnished to:
All counsel of record